CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JUN 12 2012

JULIA C. DUDLEY, CLERK
BY: _____
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### HARRISONBURG DIVISION

| | |
|---|---|
| DOROTHY E. CONSTABLE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil Action No. 5:11cv00023 |
| v. | ) |
| | ) |
| MICHAEL J. ASTRUE, | ) By: Michael F. Urbanski |
| Commissioner of Social Security, | ) United States District Judge |
| | ) |
| Defendant. | ) |

## ORDER

In accordance with the Memorandum Opinion entered this date, it is hereby **ORDERED**

that the magistrate judge's Supplemental Report and Recommendation is **ADOPTED**, the

plaintiff's motion for summary judgment (Dkt. # 11) is **GRANTED**, the Commissioner's motion

for summary judgment (Dkt. # 17) is **DENIED**, and this case is **REMANDED** to the

Commissioner for further consideration consistent herewith pursuant to sentence four of 42

U.S.C. § 405(g).

Entered: June 11, 2012

/s/ Michael F. Urbanski

Michael F. Urbanski
United States District Judge